**Piara SINGH, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–71407.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007.*

Filed March 15, 2007.

Kuldip S. Dhariwal, Esq., Fremont, CA, Inna Lipkin, Esq., Law Offices of Inna Lipkin, Redwood City, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Robbin K. Blaya, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Kartik K. Raman, U.S. Department of Justice, Washington, DC, for Respondent.

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Piara Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") order affirming an immigration judge's ("IJ") denial of his application for political asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). We have jurisdiction pursuant to 8.U.S.C. § 1252, and we deny the petition for review.

We review for substantial evidence the decisions of the IJ and the BIA and will reverse only if the record compels a contrary conclusion. *See Singh–Kaur v. INS,* 183 F.3d 1147, 1149–50 (9th Cir.1999).

Singh challenges the IJ's adverse credibility determination. A review of the record does not compel a contrary result. *See id.* at 1149.

Because the asylum claim fails, Singh's claim for withholding of removal, which requires a higher standard of proof, fails as well. *See Farah v. Ashcroft,* 348 F.3d 1153, 1157 (9th Cir.2003). Singh's claim for protection under CAT also fails because Singh relied upon the same statements which the IJ determined not to be credible. See *id.* at 1157.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.